UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HECTOR PENA AND
PABLO RAMOS,

v.

DALIZA PHARMACY, INC. AND
LUIS A. PEREZ, JR.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 8427 (LAP)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

ParticularMotion:_____
_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
NOV. 1, 2007

/s/ Loretta A. Preska
United States District Judge