UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HECTOR PEÑA, ET AL.,                            :

        Plaintiffs,                                :

        -against-                                    :       ORDER

DALIZA PHARMACY, INC., ET AL.,                  :       07 Civ. 8427 (LAP)(KNF)

        Defendant.                                :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08
```

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on June 9, 2008, at 10:15 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6710.

Dated: New York, New York
      May 21, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE