# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor  
New York, New York 10022

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

faillace@employmentcompliance.com

June 9, 2008

**VIA FACSIMILE // 212-805-7941**  
Hon. Loretta A. Preska  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St., Room 1320  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

Re: Pena et al v. Daliza Pharmacy, Inc. et al, 1:07-cv-08427-LAP-KNF  
Request for Pre-Motion Conference, Motion to Default Under FRCP 55(b)2

Dear Judge Preska:

We represent the Plaintiffs in the above-referenced matter. Defendants have yet to appear in this matter and are now in default. We write following today's status conference with Magistrate Judge Fox in which we informed him that we are prepared to seek a default judgment from this Court. Therefore, Plaintiffs respectfully request a pre-motion conference under Section 2(a) of the Court's Individual Practices so that Plaintiffs may seek leave to move this Court for a default judgment under Fed. R. Civ. P. 55(b)2 and Local Civil Rule 55.2(b).

We have now obtained a Certificate of Default from the Clerk of the Court in this matter, and are ready to supply sufficient factual information through (1) affidavits of the Plaintiffs, (2) affidavits of counsel, and/or (3) any other means that this Court should deem necessary to supply the necessary information to calculate damages and grant default judgment.

Further, Plaintiffs respectfully request any guidance the Court may grant at any such pre-motion conference as to the specific information the Court may find helpful in its determination of damages. We thank the Court in advance for its time and attention to this matter.

Very truly yours,

Michael A. Faillace

*Handwritten annotation:* Counsel may proceed with the motion for a default judgment on liability. In all likelihood the Court will refer the damages inquest to the assigned Magistrate Judge.

June 10, 2008

SO ORDERED  
LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE

Certified as a minority-owned business in the State of New York