```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
HECTOR PENA & PABLO RAMOS,           :     07 Civ. 8427 (LAP)(KNF)
                                     :
                Plaintiffs,          :     ORDER
                                     :
       v.                            :
                                     :
DALIZA PHARMACY, INC. &              :
LUIS A. PEREZ, SR.                   :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, Chief United States District Judge

   In light of the information that the Parties have settled this matter pursuant to the settlement conference held with Magistrate Judge Fox on May 5, 2009 and his direction to the parties to file a stipulation of discontinuance and order of dismissal one week thereafter, the parties shall advise the Court of any reason why this action should not be closed.

SO ORDERED:

DATED:    New York, New York
          August 24, 2009

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.